# Exhibit B



Mecklenburg County ~ Property Record Card Property Search

PARCEL ID: 04734321
6308 FOREST POND DR CHARLOTTE NC

CCSD PROPERTIES LLC
11114 GREENHEAD VIEW RD
CHARLOTTE NC 28262

Total Appraised Value
$328,100

## KEY INFORMATION

| Land Use Code | **R100** | Neighborhood | **E716** |
|---|---|---|---|
| Land Use Desc | **SINGLE FAMILY RESIDENTIAL** | Land | **1.00000 LOT** |
| Exemption / Deferment | - | Municipality | **CHARLOTTE** |
| Last Sale Date | **06/01/2023** | Fire District | **CITY OF CHARLOTTE** |
| Last Sale Price | **$2,500** | Special District | **NA** |
| Legal Description | **L21 B3 M27-522** | | |

## ASSESSMENT DETAILS

| 2023 Real Estate Assessed Value | |
|---|---|
| Land Value | **$80,000** |
| Building Value | **$247,000** |
| Features | **$1,100** |
| Total | **$328,100** |

## LAND

| USE | UNITS | TYPE | NEIGHBORHOOD | ASSESSMENT |
|---|---|---|---|---|
| R100 | 1.00000 | LOT | E716 | $80,000 |

## BUILDING

BUILDING (1)

| | |
|---|---|
| Finished Area | **2,158** |
| Year Built | **1998** |
| Built Use / Style | **SINGLE FAMILY RESIDENTIAL** |
| Grade | **AVERAGE** |
| Story | **2.0 STORY** |
| Heat | **FORCED AIR - DUCTED** |
| Fuel | **GAS** |
| Foundation | **SLAB-RESIDENTIAL** |
| External Wall | **ALUMINUM, VINYL** |
| Fireplace(s) | **1** |
| Full Bath(s) | **2** |
| Half Bath(s) | **1** |
| Bedroom(s) | **4** |
| Total (SqFt) | **2,712** |





## FEATURES

| YEAR BUILT | TYPE | QUANTITY | UNITS | VALUE |
|---|---|---|---|---|
| 1998 | DECK | 1 | 130 | $900 |
| 1998 | PATIO | 1 | 120 | $200 |

## RECENT SALES HISTORY

The sales history includes only qualified sales made since  January 1, 2016. A sale is qualified when it has been verified  by the appraiser  as an arm's length transaction for fair market value. Only qualified sales are considered in the appraisal process. For a complete history of sales and other transfers, please visit Polaris. The Register of Deeds records, indexes and stores all real estate related documents that are presented for registration.

No data to display

## VALUE CHANGES

The value change history shows only changes in appraised value; it does not show exemptions, exclusions or deferrals that could reduce a property's taxable value. If any of these are in effect for a particular tax year, it will be shown on the property tax bill for that year.  It is also possible that some previous value changes might be missing from this list or listed in the wrong order.  If you have any questions, please call the County Assessor's Office at 704-336-7600.

| DATE OF VALUE CHANGE | EFFECTIVE FOR TAX YEAR | REASON FOR CHANGE | NEW VALUE |
|---|---|---|---|
| 12/23/2013 | 2011 | REVALUATION REVIEW - PEARSON | $145,200 |
| 02/04/2011 | 2011 | COUNTYWIDE REVALUATION | $145,200 |
| 01/02/2003 | 2003 | COUNTYWIDE REVALUATION | $154,500 |

## Disclaimer

Mecklenburg County makes every effort to produce the most accurate information possible. **No warranties, expressed or implied, are provided for the data herein, its use or interpretation**.