**Local Form 16**                                                                                                    **September 2021**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
***Charlotte* DIVISION**

IN RE:
LEVANDER L. WATSON Jr.                    )        Case No: 23-30536
    Debtor                                     )
                                                      )        Chapter 13
                                                      )
               Debtor(s).                     )        Adversary Proc No. 23-3028
LEVANDER L. WATSON JR. and          )
JENNY P. HOLMAN, Chapter 13 Trustee for )
the Bankruptcy Estate of Levander L. Watson)
(Plaintiffs)                                         )
v.                                                    )
FOREST POND HOMEOWNERS        )
ASSOCIATION, INC., BLACK             )
SLAUGHTER & BLACK P.A.; and         )
CCSD PROPERTIES, LLC,                  )

**CORPORATE OWNERSHIP STATEMENT**

**CCSD Properties LLC**

Check one: ___DEBTOR ___PLAINTIFF  _X_ DEFENDANT ___OTHER (specify): _____

***Instructions:*** *Federal Rule of Bankruptcy Procedure 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Similarly, Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file a corporate ownership statement with their petitions containing the information described in Rule 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐ **1.  The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interests:**

    Name:_____
    Address:_____

    Name:_____
    Address:_____

    Name:_____
    Address:_____

    *(For additional names, attach an addendum to this form.)*

X  **2.  There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate**
☐    **debtor's/party's equity interests.**

Date: September 7, 2023 _____          /s Suresh Devireddy_____
                                                     Signature of Authorized Individual for Corporate Debtor/Party

                                                     Suresh Devireddy_____
                                                     Printed Name of Authorized Individual for Corporate Debtor/Party

                                                     Member/Manager_____
                                                     Title of Authorized Individual for Corporate Debtor/Party