**Local Form 16**                                                      **September 2021**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:

| | | |
|---|---|---|
| LEVANDER L. WATSON, JR., | ) | Case No: 23-30536 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| LEVANDER L. WATSON, JR., and JENNY P. | ) | |
| HOLMAN, Chapter 13 Trustee For the | ) | |
| Bankruptcy Estate of Levander L. Watson, | ) | |
| | ) | Adversary Proceeding |
| Plaintiffs, | ) | No. 23-03028 |
| | ) | |
| v. | ) | |
| | ) | |
| FOREST POND HOMEOWNERS | ) | |
| ASSOCIATION, INC., BLACK, SLAUGHTER & | ) | |
| BLACK, P.A. and CCSD PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE OWNERSHIP STATEMENT

BLACK, SLAUGHTER & BLACK, P.A. d/b/a LAW FIRM CAROLINAS

Check one: ___DEBTOR ___PLAINTIFF _x_DEFENDANT ___OTHER (specify): _____

***Instructions:*** *Federal Rule of Bankruptcy Procedure 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Similarly, Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file a corporate ownership statement with their petitions containing the information described in Rule 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐ 1. The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interests:

Name:_____

Address:_____


Name:_____

Address:_____


Name:_____

Address:_____

*(For additional names, attach an addendum to this form.)*

☒ 2. There are no entities that directly or indirectly own 10% or more of any class of the above-

**named corporate debtor's/party's equity interests.**

Date: September 8, 202

_____
Signature of Authorized Individual for Corporate Debtor/Party

Emily J. Meister_____
Printed Name of Authorized Individual for Corporate Debtor/Party

Shareholder_____
Title of Authorized Individual for Corporate Debtor/Party