UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

LEVANDER L. WATSON JR.,

        Debtor.

LEVANDER L. WATSON JR. and
JENNY P. HOLMAN, Chapter 13 Trustee for
the Bankruptcy Estate of Levander L. Watson

        Plaintiffs,

vs.

FOREST POND HOMEOWNERS
ASSOCIATION, INC., BLACK
SLAUGHTER & BLACK P.A.; and CCSD
PROPERTIES, LLC,

Case No. 23-30536
Chapter 13

Adv. Proc. No.: 23-3028

## ANSWER OF CCSD PROPERTIES LLC TO AMENDED COMPLAINT

Now Comes Defendant CCSD Properties LLC by and through Counsel answering the

Amended Complaint of the Plaintiff and states as follows:

1. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 1 of the Amended Complaint and as such, the allegations are denied.

2. The allegations of paragraph 2 of the Amended Complaint are admitted.

3. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 3 of the Amended Complaint and as such, the allegations are denied.

4. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 4 of the Amended Complaint and as such, the allegations are denied.

5. The allegations of paragraph 5 of the Amended Complaint are admitted.

6. The allegations of paragraph 6 of the Amended Complaint are admitted.

7. The allegations of paragraph 7 of the Amended Complaint are admitted.

8. The allegations of paragraph 8 of the Amended Complaint are admitted.

9. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 9 of the Amended Complaint and as such, the allegations are denied.

10. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 10 of the Amended Complaint and as such, the allegations are denied.

11. The allegations of paragraph 11 of the Amended Complaint are admitted.

12. The allegations of paragraph 12 of the Amended Complaint are denied. CCSD became the record owner of the property via Trustee's Quitclaim Deed filed in the Mecklenburg County Registry in Book 38160 at Page 617 filed June 1, 2023.

13. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 13 of the Amended Complaint and as such, the allegations are denied.

14. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 14 of the Amended Complaint and as such, the allegations are denied.

15. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 15 of the Amended Complaint and as such, the allegations are denied.

16. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 16 of the Amended Complaint and as such, the allegations are denied.

17. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 17 of the Amended Complaint and as such, the allegations are denied.

18. The allegations of paragraph 18 of the Amended Complaint are admitted.

19. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 19 of the Amended Complaint and as such, the allegations are denied.

20. The allegations of paragraph 20 of the Amended Complaint are admitted.

21. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 21 of the Amended Complaint and as such, the allegations are denied.

22. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 22 of the Amended Complaint and as such, the allegations are denied.

23. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 23 of the Amended Complaint and as such, the allegations are denied.

24. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 24 of the Amended Complaint and as such, the allegations are denied.

25. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 25 of the Amended Complaint and as such, the allegations are denied.

26. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 26 of the Amended Complaint and as such, the allegations are denied.

27. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 27 of the Amended Complaint and as such, the allegations are denied.

28. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 28 of the Amended Complaint and as such, the allegations are denied.

29. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 29 of the Amended Complaint and as such, the allegations are denied.

30. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 30 of the Amended Complaint and as such, the allegations are denied.

31. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 31 of the Amended Complaint and as such, the allegations are denied.

32. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 32 of the Amended Complaint and as such, the allegations are denied.

33. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 33 of the Amended Complaint and as such, the allegations are denied.

34. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 34 of the Amended Complaint and as such, the allegations are denied.

35. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 35 of the Amended Complaint and as such, the allegations are denied.

36. The allegations of paragraph 36 of the Amended Complaint are admitted.

37. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 37 of the Amended Complaint and as such, the allegations are denied.

38. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 38 of the Amended Complaint and as such, the allegations are denied.

39. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 39 of the Amended Complaint and as such, the allegations are denied.

40. The allegations of paragraph 40 of the Amended Complaint are admitted.

41. The allegations of paragraph 41 of the Amended Complaint are admitted.

42. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 42 of the Amended Complaint and as such, the allegations are denied.

43. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 43 of the Amended Complaint and as such, the allegations are denied.

44. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 44 of the Amended Complaint and as such, the allegations are denied.

45. The allegations of paragraph 45 of the Amended Complaint do not require a response, but to the extent a response is required, the allegations are denied.

46. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 46 of the Amended Complaint and as such, the allegations are denied.

47. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 47 of the Amended Complaint and as such, the allegations are denied.

48. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 48 of the Amended Complaint and as such, the allegations are denied.

49. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 49 of the Amended Complaint and as such, the allegations are denied.

50. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 50 of the Amended Complaint and as such, the allegations are denied.

51. The allegations of paragraph 51 of the Amended Complaint are denied.

52. The allegations of paragraph 52 of the Amended Complaint do not require a response, but to the extent a response is required, the allegations are denied.

53. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 53 of the Amended Complaint and as such, the allegations are denied.

54. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 54 of the Amended Complaint and as such, the allegations are denied.

55. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 55 of the Amended Complaint and as such, the allegations are denied.

56. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 56 of the Amended Complaint and as such, the allegations are denied.

57. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 57 of the Amended Complaint and as such, the allegations are denied.

58. The allegations of paragraph 58 of the Amended Complaint are denied.

59. The allegations of paragraph 59 of the Amended Complaint do not require a response, but to the extent a response is required, the allegations are denied.

60. The allegations of paragraph 60 of the Amended Complaint are denied.

61. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 61 of the Amended Complaint and as such, the allegations are denied.

62. Defendant is without sufficient knowledge to admit or deny the allegations of paragraph 62 of the Amended Complaint and as such, the allegations are denied.

63. The allegations of paragraph 63 of the Amended Complaint are denied.

### PRAYER FOR RELIEF

WHEREFORE, the Defendant prays the Court for the following:

1. Dismiss this action in full and the Plaintiffs take nothing;

2. The costs of this action be charged to the Plaintiffs;

3. Such other relief as the Court deems just and proper.

This the 5th day of October, 2023.

Pinyan Law PLLC
Attorney for Defendant CCSD Properties LLC

By: /s Cameron D. Scott

Cameron D. Scott
N.C. Bar No. 34877
1320 Matthews Mint Hill Rd
Charlotte, N.C. 28105
Telephone: (704) 743-6387
Email: cam@24hourclose.com