IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| LEVANDER L. WATSON, JR., | ) | |
| | ) | Case No. 23-30536 |
| Debtor. | ) | |
| _____ | ) | |
| LEVANDER L. WATSON, JR. and | ) | |
| JENNY P. HOLMAN, Chapter 13 Trustee | ) | |
| For the Bankruptcy Estate of Levander L. | ) | |
| Watson, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 23-03028 |
| FOREST POND HOMEOWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| BLACK, SLAUGHTER & BLACK, P.A., | ) | |
| and CCSD PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

Defendant Black, Slaughter & Black, P.A. d/b/a Law Firm Carolinas ("Defendant BSB"),

by and through its undersigned counsel, hereby certifies that its discovery responses were duly

served upon all parties listed below in accordance with the provisions of Rule 5 of the Federal

Rules of Bankruptcy Procedure through the electronic filing system and by depositing a copy in

the United States Mail, first-class postage prepaid, addressed as follows:

Richard S. Wright, Esq.
Caleb Brown, Esq.
MOON WRIGHT & HOUSTON, PLLC
212 N. McDowell Street, Suite 200
Charlotte, North Carolina 28204
*Attorneys for Debtor*

Kenneth Love, Esq.
1509 Independence Pointe Parkway
Matthews, North Carolina  28105
*Attorney for Forest Pond Homeowners Association, Inc.*

Cameron D. Scott, Esq.
Pinyan Law PLLC
1320 Matthews Mint Hill Road
Charlotte, North Carolina  28105
*Attorney for CCSD Properties, LLC*

This the 19th day of January, 2024.

/s/ Emily J. Meister
LAW FIRM CAROLINAS
3623 North Elm Street, Suite 200
Post Office Box 41027
Greensboro, North Carolina  27404-1027
Telephone:  (336) 378-1899
Email:  emeister@lawfirmcarolinas.com