UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>LEVANDER L. WATSON JR.,<br><br>Debtor. | Case No. 23-30536<br>Chapter 13 |
| LEVANDER L. WATSON JR. and<br>JENNY P. HOLMAN, Chapter 13 Trustee for<br>the Bankruptcy Estate of Levander L. Watson<br><br>Plaintiffs,<br><br>vs.<br><br>FOREST POND HOMEOWNERS<br>ASSOCIATION, INC., BLACK<br>SLAUGHTER & BLACK P.A.; and CCSD<br>PROPERTIES, LLC, | Adv. Proc. No.: 23-3028 |

## MOTION TO APPROVE SETTLEMENT

Defendant CCSD Properties LLC (hereinafter "CCSD"), along with Jenny Holman Chapter 13 trustee hereby move the court to approve the settlement agreement between CCSD and Jenny Holman Chapter 13 Trustee in the above captioned Adversary proceeding and underlying Chapter 13 Bankruptcy case. pursuant to Rule 9019-1 of the Local Rules Regarding Adversary Proceedings.

A copy of the proposed settlement agreement is attached hereto as exhibit A and incorporated herein by reference

This the 5th day of February, 2024.


OFFICE OF THE CHAPTER 13 TRUSTEE    PINYAN LAW PLLC

_____/s/ Jenny P Holman_____    By: /s Cameron D. Scott_____

Jenny P Homan, Chapter 13 trustee    Cameron D. Scott

5970 Fairview Rd, Suite 650    Attorney for Defendant CCSD Properties

Charlotte, North Carolina 28210    LLC

Telephone 704-372-9650    1320 Matthews Mint Hill Rd

Facsimile: 704-5552-6385    Charlotte, N.C. 28105

    Telephone: (704) 743-6387

EXHIBIT A

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

## SETTLEMENT AGREEMENT

This SETTLEMENT AGREEMENT AND RELEASE (hereinafter "Agreement") is entered into this _____ **day of** _____ **2024**, by and between CCSD PROPERTIES ("CCSD"), and Jenny P Holman Chapter 13 Trustee ("Trustee"),

On or about May 1, 2023 CCSD became the high bidder in Mecklenburg County foreclosure special proceeding 22-SP-528. Whereas on or about June 1, 2023 the property was conveyed to CCSD via Trustee's Deed recorded in Book 38160 at Page 617 of the Mecklenburg County Public Registry transferring ownership in the property located at 6308 Forest Pond Dr, Charlotte, NC 28262 and being more particularly described as BEING all of Lot 21, Block 3, Forest Pond, Phase 1as same is shown in Map Book 27 Page 522 in the Office of the Register of Deeds of Mecklenburg County ("subject property").

Thereafter Levander Watson (Waston) the former homeowner filed Chapter 13 Petition for Bankruptcy in the Western District of North Carolina (Case 23-30536). Along with the filing of the Chapter 13 Petition Trustee with counsel for Watson filed an Adversary Proceeding (Case 23-03028) seeking to pull the subject property back into the Bankruptcy Estate.

**NOW, THEREFORE**, in consideration of the mutual obligations and undertakings hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1.      **TERMS.** In lieu of lengthy and costly litigation between the parties the parties will each take the following action:

   a. CCSD shall tender to the Trustee funds in the amount $98,458 which is an amount to fully fund the Chapter 13 Plan and to pay off all of the filed claims included the claim of Wells Fargo which has been objected to by the Debtor.
   b. Upon receipt of the funds the Trustee shall withdraw the adversary proceeding claim seeking to bring the bring the subject property into the Bankruptcy Estate.

2.      **Authority.**  The Parties represent and warrant that they have taken all actions and obtained all authorizations, consents, and approvals as are conditions precedent to their authority to execute this Agreement.

3.      **Entire Agreement.**  This Agreement contains the entire agreement between the Parties and supersedes and replaces any and all prior or contemporaneous agreements or understandings, written or oral, with regard to the matters set forth herein. The terms of this Agreement are contractual and not merely a recital. This Agreement may not be altered or amended except by an agreement in writing duly executed by the Parties.

4.     **Invalid Provision to Affect No Others.**  If any provision of this Agreement is held, determined, or adjudicated to be invalid, unenforceable, or void for any reason, each such provision shall be severed from the remaining provisions of this Agreement and shall not affect the validity and enforceability of such remaining provisions.

5.     **SUBJECT TO BANKRUPCTY COURT APPROVAL**.  All parties to this agreement hereby recognize that this agreement is subject to its approval by the Western District Court of North Carolina Bankruptcy Court and that should the Court not approve the settlement any and all funds paid hereunder shall be paid back to the party posting said funds.

6.     **Execution and Counterparts**.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one in the same instrument.  This Agreement will become effective and binding upon the Parties at such time as all the signatories have executed a counterpart thereof.

7.     **Construction and Interpretation**.  For purposes of construction or interpretation of the provisions of this Agreement, it is stipulated and agreed that this Agreement has been jointly prepared and drafted by all of the Parties to this Agreement, such that any principle that contracts shall be construed against the drafters with respect to any ambiguities shall have no application.

8.     **Organization, Qualification, Power and Authority of Parties:**  The Parties each represent and warrant that (a) it has the authority to enter into this agreement and to perform the obligations under the Agreement; (b) such execution, performance and consummation has been authorized by all necessary parties; (c) it is not a party to or subject to, or bound by any agreement, judgment, injunction, statute, regulation or decree of any court or governmental authority that may restrict or interfere with its performance of this Agreement; (d) this Agreement constitutes the valid, binding, and enforceable obligations of it; and (e) each person who executes this Agreement is duly authorized and fully empowered to execute and deliver this Agreement on its behalf and as the act of the corporate party for whom he or she executes and delivers this Agreement.

9.     **Execution in Counterparts**. This Agreement may be executed in one or more counterparts, which may be original in form, or facsimile copies, or e-mail copies, any and all of which taken shall collectively constitute one agreement binding on the parties.

*[This page is left intentionally blank.]*

IN WITNESS WHEREOF, the parties have signed, sealed and acknowledged this

Agreement in duplicate originals, one of which is retained by each of the parties.

This the _____ day of _____, 2024.

_____(SEAL)
CCSD Properties LLC
By Member/Manager Suresh Devireddy

This the_____day of _____, 2024

_____

Jenny P Holman Chapter 13 Trustee