**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

_____

In re:
LEVANDER L. WATSON JR.

                                BANKRUPTCY CASE NO.: 23-30536

Debtor.

_____

LEVANDER L. WATSON JR. and
JENNY P. HOLMAN, Chapter 13 Trustee for
The Bankruptcy Estate of Levander L. Watson,

                        Plaintiff,

                              A.P. NO.: 23-3028

v.

FOREST POND HOMEOWNERS
ASSOCIATION, INC., BLACK SLAUGHTER
& BLACK, P.A; and CCSD PROPERTIES, LLC,

                        Defendants.

_____

**NOTICE OF HEARING FOR MOTION TO APPROVE SETTLEMENT**

Cameron D. Scott, attorney for CCSD Properties LLC has filed a MOTION TO APPROVE SETTLEMENT in the above-mentioned adversary proceeding. A copy of said Motion is filed herewith.

      **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case**. **(If you do not have an attorney, you may wish to consult one).**

      A hearing will be held to consider this Motion on March 8, 2024 at 9:30 a.m. at the United States Federal Courthouse located at 401 W. Trade Street, Charlotte, North Carolina in Courtroom 2A. No further notice of this hearing will be given.

      **All interested parties may attend and be heard. If you do not oppose the Application, you do not have to attend.**

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

This the 9th  day of February, 2024

/s/ Cameron D. Scott
Cameron D. Scott
Pinyan Law PLLC
1755 Archdale Dr
Charlotte, NC 28210
(704)-743-6387

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the *Motion to Approve Settlement  and Notice of Hearing* was served on the parties listed below via Electronic Case Filing or by United States Postal Service as indicated:

Shelley Abel                                                                Via Electronic Case Filing
U.S. Bankruptcy Administrator

Jenny Holman                                                           Via Electronic Case Filing
Chapter 13 Trustee

Richard Wright                                                         Via Electronic Case Filing
Attorney for Plaintiff

Kenneth Love                                                           Via Electronic Case Filing
Attorney for Forest Pond

Emily Meister                                                           Via Electronic Case Filing
Attorney for BSB


This the 9th day of February, 2024

                                                                                    /s/ Cameron D. Scott
                                                                                    Cameron D. Scott
                                                                                    Pinyan Law PLLC
                                                                                    1755 Archdale Dr
                                                                                    Charlotte, NC 28210
                                                                                    (704)-743-6387