

FILED & JUDGMENT ENTERED
Steven T. Salata

March  15  2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*

_____
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| **LEVANDER L. WATSON, JR.,** | ) | |
| | ) | Case No. 23-30536 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **LEVANDER L. WATSON, JR. and** | ) | |
| **JENNY P. HOLMAN, Chapter 13 Trustee for** | ) | |
| **the Bankruptcy Estate of Levander L. Watson,** | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Proc. No. 23-03028 |
| | ) | |
| v. | ) | |
| | ) | |
| **FOREST POND HOMEOWNERS** | ) | |
| **ASSOCIATION, INC., BLACK SLAUGHTER** | ) | |
| **& BLACK, P.A.**; **and CCSD** | ) | |
| **PROPERTIES, LLC**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER ON CONTINUED SCHEDULING CONFERENCE AND RELATED MATTERS

This cause came before the Court on March 8, 2024, for hearings upon the following

matters: (1) the *Motion to Approve Settlement* [Doc. 45]; (2) the *Second Motion of Defendants to*

*Amend Pretrial Scheduling Order* [Doc. 47]; (3) a continued scheduling conference (the

MWH: 10802.001; 00029631.1

"Continued Scheduling Conference") pursuant to the *Debtor-Plaintiff's Motion for Discovery Scheduling Conference* [Doc. 49]; and (4) the *Debtor-Plaintiff's Motion for Protective Order* [Doc. 53].

Kenneth Love, Esq. appeared for Defendant Forest Pond Homeowners Association, Inc. (the "HOA"); A. Cotten Wright, Esq., Emily J. Meister, Esq., and Christopher C. Barnes, Esq. appeared for defendant Black, Slaughter & Black, P.A. ("BSB"); Cameron D. Scott, Esq. appeared for Defendant CCSD Properties, LLC ("CCSD"); Jenny P. Holman, Esq. appeared as the Standing Chapter 13 Trustee; and Richard S. Wright, Esq. appeared for debtor Levander L. Watson, Jr. (the "Debtor").  When applicable, the HOA, BSB, and CCSD are referred to jointly as the "Defendants."

Based upon a review of the case record, the submissions of the parties, and the arguments of counsel, the Court finds and concludes as follows:

1.    The Court previously granted the *Debtor-Plaintiff's Motion for Discovery Scheduling Conference* in an order entered on March 4, 2024 (the "Scheduling Conference Order") [Doc. 61].  In the Scheduling Conference Order, the Court directed the parties to continue in their attempts to resolve ongoing disputes over written discovery served upon the Defendants by the Debtor and set the Continued Scheduling Conference for hearing.

2.    The parties were able to narrow the issues upon which they disagree, but could not resolve all of their differences, since entry of the Scheduling Conference Order. Accordingly, it will be necessary to hear motions to compel and/or motions for protective orders to adjudicate their remaining disputes.

3.    The *Debtor-Plaintiff's Motion for Protective Order* addressed a deposition of the Debtor ostensibly scheduled by BSB for February 13, 2024, a date upon which the Debtor's

counsel was unavailable.  That date has now passed, and BSB has informed the Court that it no longer wishes to depose the Debtor in any event.  The Debtor's motion for a protective order is therefore moot.

4. The Court independently addresses the pre-trial discovery and dipositive motion deadlines set forth in its prior Scheduling Conference Order in the context of this order.  The *Second Motion of Defendants to Amend Pretrial Scheduling Order* should therefore be denied.

5. The Court will not hear the *Motion to Approve Settlement* until the completion of discovery, and the *Motion to Approve Settlement* will be continued as set forth below.

6. Entry of this order is in the best interests of all affected parties.

**THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that:**

A. The Continued Scheduling Conference is satisfied;

B. The *Second Motion of Defendants to Amend Pretrial Scheduling Order* [Doc. 47] is denied;

C. The *Debtor-Plaintiff's Motion for Protective Order* [Doc. 53] is denied as moot;

D. The Court shall hold a hearing on the Debtor's motions to compel discovery and any countervailing motions for protective orders filed by the Defendants on April 3, 2024 at 9:30 a.m. in the United States Bankruptcy Court, Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2A, Charlotte, North Carolina 28202;

E. The hearing on the *Motion to Approve Settlement* [Doc. 45] is continued to April 3, 2024 at 9:30 a.m. in the United States Bankruptcy Court, Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2A, Charlotte, North Carolina 28202, with the understanding that said motion will be continued again on that date pending the Court's decision(s) on the parties' motions to compel and/or for protective orders;

F.      The pre-trial deadline for the completion of discovery is extended until April 3, 2024, for the limited purpose of considering the additional time necessary for the Debtor to conduct depositions at the conclusion of document discovery;

G.      The pre-trial deadline for the filing of dispositive motions is extended until April 3, 2024, with the understanding that said deadline will be further extended at that time to accommodate the Court's decisions on the foregoing matters;

H.      The findings and conclusions set forth in this Order are the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rules 7052 and 9014.  To the extent any findings of fact constitute conclusions of law, and *vice versa*, they are adopted as such; and

I.      The Court shall retain jurisdiction over the implementation, interpretation, and enforcement of this Order.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|

MWH: 10802.001; 00029631.1                                4