# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| **LEVANDER L. WATSON, JR.,** ) | |
| ) | Case No. 23-30536 |
| _____Debtor._____ ) | |
| ) | |
| **LEVANDER L. WATSON, JR. and** ) | |
| **JENNY P. HOLMAN, Chapter 13 Trustee for** ) | |
| **the Bankruptcy Estate of Levander L. Watson,** ) | Adv. Proc. No. 23-03028 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **FOREST POND HOMEOWNERS** ) | |
| **ASSOCIATION, INC., BLACK SLAUGHTER** ) | |
| **& BLACK, P.A.; and CCSD** ) | |
| **PROPERTIES, LLC,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SECOND SET OF INTERROGATORIES
## AND REQUEST FOR PRODUCTION OF DOCUMENTS

To:   **Black, Slaughter & Black, P.A.** by service upon its attorney of record:

Emily J. Meister, Esq.
3623 North Elm Street, Suite 200
Post Office Box 41027
Greensboro, North Carolina 27404-1027

Pursuant to Rules 7026, 7033, and 7034 of the Federal Rules of Bankruptcy Procedure and Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, the Plaintiff serves Defendant, Black, Slaughter & Black, P.A., with the following: (i) Second Set of Interrogatories (the "Interrogatories"), and (ii) Second Requests for Production of Documents (the "Document Requests," and together with the Interrogatories, the "Discovery Requests"). The Defendant is required to respond to the Discovery Requests and to serve its responses within thirty (30) days of service to Caleb Brown, Moon Wright & Houston, PLLC, 212 N. McDowell Street, Suite 200, Charlotte, North Carolina 28204.

MWH: 10802.001; 00029484.1

## INSTRUCTIONS AND DEFINITIONS RELATED TO DISCOVERY REQUESTS

A.      "Action" refers to the above-captioned adversary proceeding.

B.      "Answer" refers to the *Answer of Black, Slaughter & Black, P.A. to Amended Complaint* filed by Black, Slaughter & Black, P.A. in this adversary proceeding on October 11, 2023. [Doc. 24].

C.      "CCSD" refers to CCSD Properties LLC, and any agents, attorneys, employees, officers, directors, and/or other person(s) acting on its behalf.

D.      "Complaint" refers to the *Amended Complaint* filed in this Action on August 17, 2023, together with all exhibits thereto. [Doc. 7].

E.      "Defendant" refers to Black, Slaughter & Black, P.A., and any agents, attorneys, employees, officers, directors, and/or other person(s) acting on its behalf.

F.      "Document" or "document" is used in the broadest sense and includes, but is not limited to, the following items, whether printed or recorded or reproduced by any other mechanical or electronic process or writing, or produced by hand, and shall include the original, all non-identical copies and all drafts of any and all agreements, communications, correspondence, memoranda, records, books, summaries of records of personal conversations or interviews, diaries, forecasts, statistical statements, accountants work papers, graphs, charts, accounts, analytical statements, reports and any other writings of whatever description, including but not limited to any information contained in any computer, although not yet printed out, and within your possession, custody or control or in the possession, control or custody of any agent or employee. **In addition to the foregoing, "document" specifically includes text, information or images stored in electronic form (*e.g.*, electronic mail) in their native format**. All requests for documents set forth below require you to produce documents sent and received by you.

G.      "Foreclosure Homeowners" refers to persons that are or were respondents in special proceeding actions in the State of North Carolina wherein (1) a homeowners' association seeks or sought to foreclose a lien for past due assessments, and (2) the Defendant serves or served as trustee, counsel to the trustee, and/or as counsel to the foreclosing homeowners' association in such action.

H.      "HOA" refers to the Forest Pond Homeowners Association, Inc. and any agents, attorneys, employees, officers, directors, and/or other person(s) acting on its behalf.

I.      "Identify" when used in reference to an individual means give the full name, present residence and business address, and telephone numbers.

J.      "Identify" when used in reference to a document means state the name of the person who authored or originated the document, the date on which it was authored or originated, the location of the original of the document and all copies, and a brief summary of its contents.

K.      "Petition Date" refers to August 2, 2023, the date upon which the Plaintiff filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code.

L.      "Plaintiff" refers to Levander L. Watson, Jr.

M.      "Property" refers to that parcel of real property located at 6308 Forest Pond Drive in Charlotte, North Carolina.

N.      "You" or "your" refers to Defendant and/or any other person(s) acting on its behalf.

O.      If you claim that any document requested to be identified is no longer subject to your control, then set forth the contents of such document, the location of any copies of such document, disposition of such document, the date of the disposition of such document, the reason for such disposition, and the name of the person who ordered or authorized such disposition.

P.      If you cannot fully answer any interrogatory, then you should answer such interrogatory to the fullest extent possible and should indicate the reason for failing to answer fully. Further, you should provide all available information relating to the interrogatory and should indicate the person or persons who can more fully answer the interrogatory.

Q.      The documents produced pursuant to the Document Requests should be separately produced as they are kept in the ordinary course of business or, in the alternative, shall be identified as complying with the particular paragraph or paragraphs of the Document Requests to which they are responsive.

R.      Whenever a Document Request calls for production of a document you claim to be privileged, include (i) the date of the document; (ii) the name of the person originating or authoring the document; (iii) identify all persons who have seen the document; and (iv) a brief description of such document, the privilege asserted, the facts that support such claim of privilege and the basis asserted for such claim.

S.      The terms "and" and "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of these Discovery Requests all responses that might otherwise be construed to be outside of their scope.

T.      Unless otherwise defined herein, each word or term shall have the meaning ascribed to it in The Oxford English Dictionary, Second Edition.

U.      **Unless a different time period is specified in a specific request, the Discovery Requests seek information from January 1, 2020, through the date of your response.**

## INTERROGATORIES

1.     State the following with respect to the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer:

    a.  The exact date upon which you conveyed the proposed terms of the alleged payment plan to the Plaintiff;

    b.  The exact date upon which the Plaintiff agreed to the terms of the alleged payment plan;

    c.  The means by which the proposed terms of the alleged payment plan were communicated to the Plaintiff;

    d.  The means by which the Plaintiff communicated his agreement to the terms of the alleged payment plan; and

    e.  If you communicated with the Plaintiff regarding the alleged payment plan via electronic mail, the email address(es) for the Plaintiff utilized by you in all such communications.

**RESPONSE:**

2.     Identify the employee(s) and/or other agent(s) of the Defendant who authorized the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer.

**RESPONSE:**

3.  Identify the employee(s) and/or other agent(s) of the HOA who authorized the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer.

**RESPONSE:**

4.  Identify the person(s) or entities that "accepted" the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer, and as stated in Exhibit A attached hereto (bates labeled BSB000166).

**RESPONSE:**

5.  State whether the Defendant was employed as legal counsel to the HOA at any time from January 1, 2020 to the present, and if so, provide the beginning and ending dates of such employment (or whether such employment is ongoing if not terminated).

**RESPONSE:**

6. State whether the Defendant was employed as legal counsel to any persons and/or entities providing management services to the HOA at any time from January 1, 2020 to the present, and if so, provide the beginning and ending dates of such employment (or whether such employment is ongoing if not terminated).

**RESPONSE:**

[Remainder of Page Intentionally Left Blank]

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

1.      All documents containing or memorializing communications between the Plaintiff and the Defendant regarding the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer (whether sent or received by you).

**RESPONSE:**

2.      All documents containing or memorializing communications between the HOA and the Defendant regarding the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer (whether sent or received by you).

**RESPONSE:**

3.      All documents containing or memorializing contracts and/or agreements to provide legal services between you and the HOA from January 1, 2020 to the present (regardless of when any such contract and/or agreement was dated or executed).

**RESPONSE:**

4.     All documents referencing or memorializing the termination of any contract or agreement for the provision of legal services responsive to the preceding request for production.

**RESPONSE:**

5.     All documents containing or memorializing contracts and/or agreements to provide legal services between you and any persons and/or entities providing management services to the HOA from January 1, 2020 to the present (regardless of when any such contract and/or agreement was dated or executed).

**RESPONSE:**

6.     All documents referencing or memorializing the termination of any contract or agreement for the provision of legal services responsive to the preceding request for production.

**RESPONSE:**

7. All documents containing or memorializing communications from you to Foreclosure Homeowners regarding the acceptance of payment plans for the satisfaction of allegedly unpaid homeowners' association dues, assessments, and related fees or charges from January 1, 2020 to the present.

**RESPONSE:**

8. All documents containing or memorializing communications from you to the Foreclosure Homeowners regarding the acceptance of one or more payment plans for the satisfaction of allegedly unpaid homeowners' association dues, assessments, and related fees or charges in that action involving the foreclosure of a lien on property located at 4729 Benthaven Lane, Charlotte, North Carolina 28269 as referenced in Exhibit B attached hereto (bates labeled BSB000563).

**RESPONSE:**

9. All documents containing or memorializing communications from you to the Foreclosure Homeowners regarding the acceptance of one or more payment plans for the satisfaction of allegedly unpaid homeowners' association dues, assessments, and related fees or charges in that action involving the foreclosure of a lien on property located at 11536 Turn Stone Court, Charlotte, North Carolina 28226 as referenced in Exhibit C attached hereto (bates labeled BSB000564).

**RESPONSE:**

**REMINDER:** "document" as used in these Discovery Requests refers to text or images stored in electronic form as well as conventional written documents.

Dated: Charlotte, North Carolina
      January 27, 2024

               **MOON WRIGHT & HOUSTON, PLLC**

               Richard S. Wright (NC Bar No. 24622)
               rwright@mwhattorneys.com
               Caleb Brown (NC Bar No. 41131)
               cbrown@mwhattorneys.com
               212 N. McDowell Street, Suite 200
               Charlotte, North Carolina 28204
               Telephone:    (704) 944-6560
               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *Second Set of Interrogatories and Requests for Production of Documents* have this date been served upon the persons named below by electronic mail and first-class mail:

Emily J. Meister, Esq.
LAW FIRM CAROLINAS
3623 North Elm Street, Suite 200
Post Office Box 41027
Greensboro, North Carolina 27404-1027
emeister@lawfirmcarolinas.com

Dated:  Charlotte, North Carolina
       January 27, 2024

MOON WRIGHT & HOUSTON, PLLC

Richard S. Wright (NC Bar No. 24622)
rwright@mwhattorneys.com
Caleb Brown (NC Bar No. 41131)
cbrown@mwhattorneys.com
212 N. McDowell Steet, Suite 200
Charlotte, North Carolina 28204
Telephone:    (704) 944-6560
*Attorneys for Plaintiff*

# EXHIBIT A

**Jonathon L. Woodruff**

| | |
|---|---|
| From: | eforest@LawFirmCarolinas.com |
| Sent: | Friday, May 6, 2022 11:00 AM |
| To: | Areesah Lassiter; Erika Forest; Caitlin G. Gangi |
| Subject: | Payment Plan through Black Slaughter Black -You were BCCd |

**EXTERNAL EMAIL**

Name of Association: Forest Pond Homeowners Association, Inc.
Debtors:  Levander L. Watson And
Subject Property Address: 6308 Forest Pond Drive

Pursuant to our recent communication, the following installment payment plan has been accepted.  Your current amount owed is broken down as follows:

Dues owed through 08/31/2022: $3,104.71
Attorney Fees: $50.00
Costs: $0.00
Dues will accrue at $260.00 per year during installment plan.
Late fees will accrue at $40.00 per month during installment plan.
Payment Plan Fee: $50.00

Down Payment of $1,522.36 due immediately.
Payment of $544.12 due on or before 06/30/2022
Payment of $544.12 due on or before 07/29/2022
Payment of $544.12 due on or before 08/31/2022

Please make sure each payment is made timely in certified funds or money order made payable to:

Law Firm Carolinas
Post Office Box 41027
Greensboro, North Carolina  27404-1027

LATE PAYMENTS OR PAYMENTS FOR LESS THAN THE AMOUNTS CITED ABOVE WILL RESULT IN TERMINATION OF THIS INSTALLMENT PAYMENT PLAN.

The above installment payment plan is based on information available at the time of this agreement.  Note:  During this installment payment plan, the Association may increase the amount of regular annual dues, impose a special assessment, impose fines for violations, charge interest or otherwise impose legally valid assessments and charges.  After your installment payment plan with this firm is completed, you are strongly encouraged to contact your Association to confirm that there are no outstanding assessments or charges.

BSB000166

# EXHIBIT B



## LAW FIRM CAROLINAS
lawfirmcarolinas.com

October 28, 2021

CCSD Properties llc
c/o Suresh Devireddy
11114 Greenhead View Road
Charlotte, NC 28262

My office is in the final steps of completing the Association's foreclosure sale of the property located at 4729 Benthaven Lane, Charlotte, NC 28269. We have confirmed that you were the highest bidder for this property with the bid amount of $3,036.67.

Our records indicate that you remitted a deposit to the clerk, thus the total bid amount must be paid to this office and you can then ask the clerk to refund you the deposit. Please either mail or bring the payment for $3,036.67 to our office at your earliest convenience, but no later than November 30, 2021. **Payment must be made by certified check, money order, or by wire.** All certified checks and money orders must be made payable to **Law Firm Carolinas** and **mailed to Post Office Box 41027, Greensboro, North Carolina, 27404-1027.** **Personal checks will not be accepted.** Please advise how you intend to make payment or if you will be assigning the bid to another party.

After receipt of your payment we will record the deed at the Mecklenburg County Register of Deeds and mail the original to you at the address above.

You may want to employ your own legal counsel because I am unable to answer your legal questions; however, please contact my office if we can provide you with any further assistance.

Sincerely,

Lauren Heavner
Legal Assistant to Steven E. Black
and Michael C. Taliercio

GREENSBORO
3623 N Elm Street
Suite 200
Greensboro, NC 27455
P: 336.378.1899

CHARLOTTE
1927 S Tryon Street
Suite 100
Charlotte, NC 28203
P: 704.970.1593

RALEIGH
3000 Highwoods Blvd
Suite 135
Raleigh, NC 27604
P: 919.803.7524

WILMINGTON
219 Racine Drive
Unit B
Wilmington, NC 28403

BSB000563

# EXHIBIT C



# LAW FIRM CAROLINAS

lawfirmcarolinas.com

July 10, 2023

CCSD Properties LLC
11114 Greenhead View Road
Charlotte, NC 28262

     My office is in the final steps of completing the Association's foreclosure sale of the property located at 11536 Turn Stone Court, Charlotte, NC 28226. We have confirmed that you were the highest bidder for this property with the bid amount of $10,000.00.

     Our records indicate that you remitted a $750.00 deposit to our office, thus the remaining amount must be paid to this office. Please either mail or bring the payment for $9,250.00 to our office at your earliest convenience, but no later than August 4, 2023. **Payment must be made by certified check, money order, or by wire.** All certified checks and money orders must be made payable to **Law Firm Carolinas** and mailed to **Post Office Box 41027, Greensboro, North Carolina, 27404-1027. Personal checks will not be accepted.** Please advise how you intend to make payment or if you will be assigning the bid to another party.

     After receipt of your payment we will record the deed at the Mecklenburg County Register of Deeds and mail the original to you at the address above.

     You may want to employ your own legal counsel because I am unable to answer your legal questions; however, please contact my office if we can provide you with any further assistance.

Sincerely,

Lauren Heavner
Legal Assistant to Steven E. Black
and Michael C. Taliercio

GREENSBORO
3623 N Elm Street
Suite 200
Greensboro, NC 27455
P: 336.378.1899

CHARLOTTE
1927 S Tryon Street
Suite 100
Charlotte, NC 28203
P: 704.970.1593

RALEIGH
3000 Highwoods Blvd
Suite 135
Raleigh, NC 27604
P: 919.803.7524

WILMINGTON
219 Racine Drive
Unit B
Wilmington, NC 28403
P: 910.399.2237

COLUMBIA
3710 Landmark Drive
Suite 109
Columbia, SC 29204
P: 803.650.7205

BSB000564