# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| LEVANDER L. WATSON, JR., | ) | |
| | ) | Case No. 23-30536 |
| Debtor. | ) | |
| | ) | |
| LEVANDER L. WATSON, JR. and | ) | |
| JENNY P. HOLMAN, Chapter 13 Trustee | ) | |
| For the Bankruptcy Estate of Levander L. | ) | |
| Watson, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 23-03028 |
| FOREST POND HOMEOWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| BLACK, SLAUGHTER & BLACK, P.A., | ) | |
| And CCSD PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

SUPPLEMENTAL OBJECTIONS AND RESPONSES OF BLACK, SLAUGHTER &
BLACK, P.A.
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS

Black, Slaughter and Black, P.A., by and through its undersigned counsel and pursuant Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and Rules 7026, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure, hereby supplements its objections and responses to the First Set of Interrogatories and Request for Production of Documents of Plaintiff Levander L. Watson, Jr. as follows:

## INTERROGATORIES

9.      State with specificity all payments or other transfers of property made by or on behalf of the Plaintiff to you from January 1, 2020, through the present. For each such payment or transfer, state the date the payment or transfer was received, the amount of the payment or transfer, and the identity of the payor or transferor.

RESPONSE: See the documents previously produced, including, but not limited to BSB00214, 00220, 00233, 00235, 00238, 00240-00241, 00359-00366, as well as those produced herewith.

10.    State with specificity all terms of the payment plan that you contend the Plaintiff entered into as alleged in paragraphs 27-28 and 30-32 of your Answer.

RESPONSE: On or about May 6, 2022, Plaintiff entered into a payment plan for those moneys due to Defendant HOA, which plan included a $50.00 payment plan fee and an additional $10.00 credit card convenience fee. Per the email provided and sent to Plaintiff confirming the terms of the plan, Plaintiff agreed to pay and did pay the sum of $1,522.36 on or about May 6, 2022. (See document BSB000641 produced herewith.) He further agreed to pay three additional payments in the amount of $544.12 each on or before June 30, 2022, July 29, 2022 and August 31, 2022. (See document BSB00166, a copy of which was autogenerated and sent to Plaintiff.)

In reliance upon such plan and the agreement of Plaintiff to pay such amounts, the foreclosure hearing scheduled for May 9, 2022 was continued to July 25, 2022, notice of which was served upon Plaintiff on or about May 12, 2022. Plaintiff subsequently made the second payment in the amount of $544.12 on or about June 14, 2022, and the hearing scheduled for July 25, 2022 was again continued, this time to October 24, 2022; a copy of the order indicating the continued hearing was served upon Plaintiff on or about August 12, 2022. Thereafter, Plaintiff failed to make those payments required of and agreed to by him for the months of July and August, thus breaching the payment plan. See the documents produced herewith including, but not limited to, BSB00111-00232, 00233, 00235, and 00356-00358.

### REQUEST FOR PRODUCTION OF DOCUMENTS

1.    All documents supporting or evidencing your answer to Interrogatory number 4 above.

RESPONSE: In addition to those documents previously produced, see documents BSB000570-BSB000640 produced herewith.

5.    All documents supporting or evidencing your contention that the Plaintiff entered into a payment plan with or for the benefit of the HOA as alleged in paragraphs 27-28 and 30-32 of your Answer.

RESPONSE:   In addition to those documents previously produced, see documents BSB000570-BSB000640 produced herewith.

6.    All documents containing or memorializing communications between the Defendant and the HOA and/or any of its members, employees, or agents regarding the Property from May 12, 2021, through the present.

RESPONSE: In addition to those documents previously produced, see documents BSB000570-BSB000640 produced herewith.

7. All documents containing or memorializing communications between the Defendant and the HOA and/or any of its members, employees, or agents regarding the Plaintiff from May 12, 2021, through the present.

RESPONSE: In addition to those documents previously produced, see documents BSB000570-BSB000640 produced herewith.

8. All documents containing or memorializing communications between the Defendant and CCSD and/or any of its attorneys, members, employees, or agents regarding the Property from January 1, 2020, through the present.

RESPONSE: Black, Slaughter & Black objects to this request with regard to communications it has engaged in, during this litigation and by and through its counsel, with counsel for Defendant HOA and Defendant CCSD regarding this litigation on the grounds that it calls for the production of communications protected by the common interest doctrine.

Without waiving such objections, see the documents previously produced including, but not limited to BSB00067-00068, 00071-00108 and 00562.

9. All documents containing or memorializing communications between the Defendant and CCSD and/or any of its attorneys, members, employees, or agents regarding the Plaintiff from January 1, 2020, through the present.

RESPONSE: Black, Slaughter & Black objects to this request with regard to communications it has engaged in, during this litigation and by and through its counsel, with counsel for Defendant HOA and Defendant CCSD regarding this litigation on the grounds that it calls for the production of communications protected by the common interest doctrine.

Without waiving such objections, see the documents previously produced including, but not limited to BSB00067-00068, 00071-00108 and 00562.

10. All documents containing or memorializing communications between the Defendant and any employee or agent of the office of the Mecklenburg County Clerk of Superior Court regarding the foreclosure action bearing case number 22 SP 0528.

RESPONSE: See the documents previously produced including, but not limited to BSB00109-00110, 0001-00066 and 00356-00358.

11. All documents containing or memorializing communications between the Defendant and any employee or agent of the office of the Mecklenburg County Clerk of Superior Court regarding the Property from January 1, 2020, through the present.

3

RESPONSE: See the documents produced previously including, but not limited to BSB00109-00110, 0001-00066 and 00356-00358.

12.    All documents containing or memorializing communications between the Defendant and any employee or agent of the office of the Mecklenburg County Clerk of Superior Court regarding the Plaintiff from January 1, 2020, through the present.

RESPONSE:    See the documents produced previously including, but not limited to BSB00109-00110, 0001-00066 and 00356-00358.

13.    All documents containing or memorializing communications between the Defendant and any other person or entity regarding the Property from January 1, 2020, through the present.

RESPONSE: Black, Slaughter & Black, P.A. objects to this request on the grounds that it calls for the production of communications it has had with its attorney regarding the allegations of Plaintiff and the Property which are protected by attorney-client privilege or the work product doctrine. In addition, Black, Slaughter & Black objects to this request with regard to communications it has engaged in, during this litigation and by and through its counsel, with counsel for Defendant HOA and Defendant CCSD regarding this litigation on the grounds that it calls for the production of communications protected by the common interest doctrine.

Without waiving such objections, see the documents previously produced.

14.    All documents containing or memorializing communications between the Defendant and any other person or entity regarding the Plaintiff from January 1, 2020, through the present.

RESPONSE: Black, Slaughter & Black, P.A. objects to this request on the grounds that it calls for the production of communications or information it has had with its attorney regarding the allegations of Plaintiff and the Property which are protected by attorney-client privilege or the work product doctrine. In addition, Black, Slaughter & Black objects to this request with regard to communications it has engaged in, during this litigation and by and through its counsel, with counsel for Defendant HOA and Defendant CCSD regarding this litigation on the grounds that it calls for the production of communications protected by the common interest doctrine.

Without waiving such objections, see the documents previously produced.

This the 4th day of March, 2024.

/s/ Emily J. Meister
North Carolina State Bar No. 28682
/s/ Christopher Barnes

4

North Carolina State Bar No.47562
*Attorneys for Defendant Black, Slaughter & Black,*
*P.A. d/b/a Law Firm Carolinas*
LAW FIRM CAROLINAS
3623 North Elm Street, Suite 200
Post Office Box 41027
Greensboro, North Carolina 27404-1027
Telephone: (336) 378-1899
Facsimile: (336) 378-1850
E-mail: emeister@lawfirmcarolinas.com
cbarnes@lawfirmcarolinas.com

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| LEVANDER L. WATSON, JR., | ) | |
| | ) | Case No. 23-30536 |
| Debtor. | ) | |
| | ) | |
| LEVANDER L. WATSON, JR. and | ) | |
| JENNY P. HOLMAN, Chapter 13 Trustee | ) | |
| For the Bankruptcy Estate of Levander L. | ) | |
| Watson, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 23-03028 |
| FOREST POND HOMEOWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| BLACK, SLAUGHTER & BLACK, P.A., | ) | |
| and CCSD PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AFFIDAVIT OF STEVEN E. BLACK
### FOR DEFENDANT BLACK, SLAUGHTER & BLACK, P.A.

NOW COMES Steven E. Black for Black, Slaughter & Black, P.A., being duly sworn, who deposes and says as follows:

1.    I am an attorney and Partner within the law firm of Black, Slaughter, & Black, P.A, where I have practiced law for approximately twenty-five (25) years.

2.    On behalf of Black, Slaughter & Black, P.A, I have reviewed Plaintiff Levander L. Watson, Jr.'s ("Plaintiff Watson") First Set of Interrogatories and Requests for Production, as well as Plaintiff Watson's Second Set of Interrogatories and Requests for Production of Documents propounded upon Black, Slaughter & Black, P.A.

3.    Black, Slaughter & Black, P.A has made diligent efforts to locate any and all documents responsive to the First and Second Set of Requests for Production propounded by Plaintiff Watson. The diligent efforts include, but are not limited to: exhaustive searches and review of electronic files, review of communications, requiring staff members and attorneys to

search for and retrieve any documents, emails, records, or recordings related to Plaintiff Watson or the property previously owned by him, and requiring our IT Department to further search for and gather any and all documents, emails, records or recordings from the accounts of both active and former employees related to Plaintiff or the real property previously owned by him.

5.      Black, Slaughter, & Black, P.A. has provided all responsive documents to Plaintiff Watson with the exception of:

a.      those documents reflected and identified in the privilege log updated and provided to Plaintiff's counsel on or about March 4, 2024;

b.      those communications by and between counsel for Black, Slaughter & Black, P.A., counsel for Forest Pond Homeowners Association, Inc. and counsel for CCSD Properties, LLC, which communications are protected by the common interest doctrine;

c.      those documents responsive to Request for Production Nos. 7, 8 and 9 of Plaintiff's Second Set of Interrogatories and Requests for Production of Documents, which documents have been withheld for the reasons set forth in Defendant Black, Slaughter & Black's objections thereto; and

d.      those documents created during the pendency of this action that are protected by attorney-client privilege or the work-product doctrine.

6.      Except as set forth in Paragraph 5 above, there are no other responsive documents to Plaintiff Watson's First and Second Set of Requests for Production of Documents that have been knowingly withheld by Black, Slaughter, & Black, P.A. In the event that, despite the efforts outlined above, additional responsive documents come to the attention of Black, Slaughter & Black, P.A., such documents will be promptly produced or the privilege log will be updated as appropriated.

FURTHER AFFIANT SAYETH NOT.

This the _4_ day of March, 2024.

_____
STEVEN E. BLACK

Sworn to and subscribed before me this the

_4th_ day of _March_, 20_24_.

_____
Notary Public
My Commission expires: _10-04-2027_

DENNIS BULLMAN
NOTARY PUBLIC
MECKLENBURG COUNTY, NC
My Commission Expires Oct. 4, 2027

**PRIVILEGE LOG – February 23, 2024**

**PREPARED BY:  EMILY J. MEISTER, ESQ, ATTORNEY FOR BLACK, SLAUGHTER & BLACK, P.A. d/b/a LAW FIRM CAROLINAS**

| Date | Document No. and BATES No. | Tot. Pgs. | Author(s) | Addressee/ Recipient | Description | Assertion |
|---|---|---|---|---|---|---|
| 2/19/2019 | 1 BSB000579-BSB000580 | 2 | Tracy Armstrong (BSB) | LFC Firm (BSB) | Email communications | Redacted communications containing third party account information for the purpose of a conflict check. |
| 2/19/2021 | 2 BSB000585-BSB000586 | 2 | Olivia Champagne (BSB) | Lauren Heavner (BSB) | Email communications | Redacted communications containing third party accounts. |
| 4/9/2021 | 3 BSB000581 | 1 | Helen von Schmeling (CAM) | Lauren Heavner (BSB) | Email communications | Redacted communications with information regarding a third-party account that is not relevant or pertinent to this matter. |
| 4/15/2021 | 4 BSB000587-BSB000588 | 2 | Lauren Heavner (BSB) | Helen Von Schmeling (CAM) | Email communications | Redacted communications with information on a third-party account which is not relevant to this matter. |

| 2/3/2022 | 5<br><br>BSB000590-<br>BSB000591 | 2 | Olivia Champagne (BSB) | Lauren Heavner (BSB) | Email communications | Redacted communications regarding activity on third-party accounts. |
|---|---|---|---|---|---|---|
| 5/9/2022 | 6<br>BSB000236-<br>BSB000237 | 2 | American National Treasury Management | CAM and Lauren Heavner (BSB) | Payment detail/summary | Redacted confidential banking information including account numbers. Also redacted information regarding third-party accountings which are not relevant to this matter and attorney-client privileged. |
| 5/9/2022 | 7<br><br>BSB000592-<br>BSB000594 | 3 | Ren Rosewood (BSB) | Ian Roberts (BSB) | Email communication | Redacted communications regarding third party accounts. |
| 6/20/2022 | 8<br><br>BSB000234 | 1 | American National Treasury Management | CAM and Lauren Heavner (BSB) | Payment detail/summary | Redacted confidential banking information including account numbers and redacted information regarding |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | payments on third-party accounts which are not relevant to this matter and attorney-client privileged. |
| 9/8/2023 | 9 | 1 | Steven Black (BSB) | Meg Thompson (RedRock) | Email Communications | Attorney-client communications regarding the Amended Complaint from Bankruptcy Court. |
| 5/9/2022 | 10 BSB000572-BSB000573 | 2 | LFC Internal System Derived (BSB) | Helen Von Schmeling (CAM) | Payment ledger for CAM | Redacted information included on the report which pertains third party accounts and not relevant to this matter. |
| 6/21/2022 | 11 BSB000576-BSB000577 | 2 | LFC Internal System Derived (BSB) | Helen Von Schmeling (CAM) | Payment ledger for CAM | Redacted information included on the report which pertains to third party accounts and not relevant to this matter. |

## Amanda Laster

**From:** Tracy Armstrong
**Sent:** Tuesday, February 19, 2019 5:06 PM
**To:** Firm-All
**Subject:** Conflict Check

### North Carolina

Levander Watson, Jr.

Tracy Armstrong
Legal Assistant to
Steven E. Black and
Michael C. Tallercio



BLACK
SLAUGHTER
BLACK
Attorneys at Law

1

BSB000579

Greensboro | Charlotte | Triangle | Coastal

tarmstrong@lawfirmcarolinas.com
Firm website: www.lawfirmcarolinas.com

*This email contains confidential information for the addressee. Do not read, copy or share this communication unless you are the intended addressee. If you receive this email in error, please contact the sender by reply email or telephone. Thank you.*

*This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.*

2

BSB000580

# Amanda Laster

**From:** Olivia A. Champagne
**Sent:** Friday, February 19, 2021 4:44 PM
**To:** Lauren Heavner
**Subject:** Cam accounts for billing

Good afternoon,
The below listed accounts have Demand Letters going out today, 2/19/2021

Forest Pond Homeowners Association, Inc.

Levander Watson — 6308 Forest Pond Drive

1

BSB000585

Olivia Champagne

**Legal Assistant to
Steven E. Black and
Michael C. Taliercio**


**LAW FIRM
CAROLINAS**
lawfirmcarolinas.com

Greensboro Offices:
Post Office Box 41027
Greensboro, NC 27404
(336) 378-1899

Charlotte Offices:
1927 South Tryon Street, Suite 100
Charlotte, NC 28203
(704) 970-1593

*This email contains confidential information for the addressee. Do not read, copy or share this communication unless you are the intended addressee. If you receive this email in error, please contact the sender by reply email or telephone. Thank you.*

*This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.*

2

BSB000586

Redactions by Plaintiff

## Amanda Laster

| | |
|---|---|
| **From:** | Helen von Schmeling <hvonschmeling@communityassociationmanagement.com> |
| **Sent:** | Friday, April 9, 2021 8:52 AM |
| **To:** | Lauren Heavner |
| **Subject:** | Forest Pond Liens |

**EXTERNAL EMAIL**

Lauren,

When can we expect liens to be filed for these two accounts in Forest Pond?

██████████ - Levander Watson



**Helen von Schmeling**
Billing and Collections Specialist, Community Association Management, Limited

d:(704)-371-8758 | o:704-565-5009 | f:704-353-7985 |
hvonschmeling@communityassociationmanagement.com |
www.communityassociationmanagement.com |

P.O. Box 79032, Charlotte, NC 28271-0030



Because communities deserve better

Become our Vendor! For more information please see our Vendor Packet
Invoice submission: Billing@CommunityAssociationManagement.com or Association Name c/o Community Association Management, P.O. Box 79032, Charlotte, NC 28271-0030

STATEMENT OF CONFIDENTIALITY AND PRIVILEGE - The contents of this e-mail (including its attachments) are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. Any other distribution, copying or disclosure is strictly prohibited. No confidentiality or privilege is waived or lost by mistransmission. If you have received this e-mail in error, please notify me immediately by telephone at (704) 371-8758 and delete this e-mail from your system.

1

BSB000581

(4)

Amanda Laster

From:            Lauren Heavner
Sent:            Thursday, April 15, 2021 9:24 AM
To:              Helen von Schmeling
Subject:         RE: Forest Pond Liens

Helen,

Both of these liens are going out today.

Thank you,

Lauren Heavner

*This email contains confidential information for the addressee. Do not read, copy or share this communication unless you are the intended addressee. If you receive this email in error, please contact the sender by reply email or telephone. Thank you.*

*This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.*

From: Helen von Schmeling <hvonschmeling@communityassociationmanagement.com>
Sent: Friday, April 9, 2021 8:52 AM
To: Lauren Heavner <LHeavner@lawfirmcarolinas.com>
Subject: Forest Pond Liens

**EXTERNAL EMAIL**
Lauren,

When can we expect liens to be filed for these two accounts in Forest Pond?

 - Levander Watson



**Helen von Schmeling**
Billing and Collections Specialist, Community Association Management, Limited
d:(704) 371-8758 | o:704-565-5009 | f:704-353-7985 |
hvonschmeling@communityassociationmanagement.com |
www.communityassociationmanagement.com |

P.O. Box 79032, Charlotte, NC 28271-0030



Because communities deserve better

Become our Vendor! For more information please see our Vendor Packet.

1

BSB000587

Invoice submission: Billing@CommunityAssociationManagement.com or Association Name c/o Community Association Management, P.O. Box 79032, Charlotte, NC 28271-0030

STATEMENT OF CONFIDENTIALITY AND PRIVILEGE - The contents of this e-mail (including its attachments) are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. Any other distribution, copying or disclosure is strictly prohibited. No confidentiality or privilege is waived or lost by mistransmission. If you have received this e-mail in error, please notify me immediately by telephone at (704) 371-8758 and delete this e-mail from your system.

BSB000588

## Amanda Laster

**From:** Olivia A. Champagne
**Sent:** Thursday, February 3, 2022 1:30 PM
**To:** Lauren Heavner
**Subject:** Cam accounts for billing

Good afternoon,
The below listed accounts have correspondence going out today, 2/3/22

Forest Pond Homeowners Association, Inc.
Levander Watson – 6308 Forest Pond Drive (FWL)

Thank you,

Olivia Champagne

Legal Assistant to
Steven E. Black and
Michael C. Taliercio



**LAW FIRM CAROLINAS**
lawfirmcarolinas.com

BLACK SLAUGHTER & BLACK, PA d/b/a LAW FIRM CAROLINAS

| Greensboro Offices: | Charlotte Offices: |
|---|---|
| Post Office Box 41027 | 1927 South Tryon Street, Suite 100 |
| Greensboro, NC 27404 | Charlotte, NC 28203 |
| (336) 378-1899 | (704) 970-1593 |

*This email contains confidential information for the addressee. Do not read, copy or share this communication unless you are the intended addressee. If you receive this email in error, please contact the sender by reply email or telephone. Thank you.*

*This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.*

*Please do not wire funds to our office without first calling our office at 336-378-1899 to verify our firm's account information and wire instructions. Our instructions to you will not thereafter change and, should you later receive new instructions or changes to the bank, account number or name, you should assume such change to be fraudulent. Do not*

1

BSB000590

*rely upon wiring instructions that you may have received from a third party. This is to protect you from possible wire fraud, which is an increasing risk to the real estate and legal industry.*

BSB000591

1/8/24, 3:27 PM                                                    Treasury Management

**AMERICAN ⊕ NATIONAL**
BANK & TRUST COMPANY

## Template Detail - CAM 5-9-2022

**CAM 5-9-2022** 9 Recipients

| | | | |
|---|---|---|---|
| Status: | Ready | Debit: | $0.00 |
| ACH Company Name: | Black Slaughter | Credit: | $12,236.99 |
| ACH Company ID: | | Audit: | 5/21/2022 4:24:08 PM : SystemAdmin : Created |
| SEC Code: | PPD | | |
| Entry Description: | VENDOR PMT | | |
| Discretionary Data: | | | |

Type To filter  🔍    ☐ Prenote Only (0)   ☐ Hold Only (0)

| Recipient Name ⇕ | ID Number ⇕ | Account Number ⇕ | Account Type ⇕ | Routing Number ⇕ | Credit/Debit ⇕ | Amount ⇕ | Prenote ⇕ | Hold ⇕ |
|---|---|---|---|---|---|---|---|---|
| | | | Checking | | CR | $2,008.23 | No | No |
| Forest Pond | 181 | | Checking | | CR | $1,462.36 | No | No |
| | | | Checking | | CR | $2,813.55 | No | No |

Viewing 1 - 9 of 9

https://treasury.jackhenry.com/americannational/batch-detail/309397/?type=view                              1/2

BSB000236

1/8/24, 3:27 PM                                                              Treasury Management

| Recipient Name ⬦ | ID Number ⬦ | Account Number ⬦ | Account Type ⬦ | Routing Number ⬦ | Credit/Debit ⬦ | Amount ⬦ | Prenote ⬦ | Hold ⬦ |
|---|---|---|---|---|---|---|---|---|
| | | | Checking | | CR | $1,428.58 | No | No |
| | | | Checking | | CR | $578.15 | No | No |
| | | | Checking | | CR | $1,658.58 | No | No |
| | | | Checking | | CR | $536.03 | No | No |
| | | | Checking | | CR | $515.51 | No | No |
| | | | Checking | | CR | $1,235.00 | No | No |

Viewing 1 - 9 of 9 recipients

Viewing 1 - 9 of 9

[ Edit Template ]   Close                                                    [ Delete ]

BSB000237

## Jonathon L. Woodruff

**From:** Ren M. Rosewood
**Sent:** Monday, May 9, 2022 10:09 AM
**To:** Ian C. Roberts
**Subject:** RE: Meck Hearings 5/9/2022

Good morning!

I'm in that same boat with you! Hopefully the computers work themselves out soon.

So, if you could continue the hearings to July 25 at 10:30 (5 hearings) and 11:00 (next 5 hearings). I think there's more than 5 getting moved so I wanted to cover all bases.

1.
2.
3.
4.
5.
6. Watson – Yes, please continue this one.

Please let me know if you need anything else! Since the hearings are minutes away, just give me a call.

Thank you so much!

Ren M. Rosewood

Legal Assistant to
Steven E. Black and
Michael C. Taliercio



**LAW FIRM CAROLINAS**
lawfirmcarolinas.com

BLACK SLAUGHTER & BLACK, PA d/b/a LAW FIRM CAROLINAS

Greensboro Office: PO Box 41027, Greensboro, NC 27404 | 336.378.1899

Charlotte Office: 1927 South Tryon St., Ste. 100, Charlotte, NC 28203 | 704.970.1593

www.lawfirmcarolinas.com

This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

*This e-mail contains confidential information for the addressee. Do not read, copy or share unless you are the intended recipient. If you receive this e-mail in error, please contact the sender by reply e-mail or telephone.*

1

BSB000592

*Please do not wire funds to our office without first calling our office at 336-378-1899 to verify our firm's account information and wire instructions. Our instructions to you will not thereafter change and, should you later receive new instructions or changes to the bank, account number or name, you should assume such change to be fraudulent. Do not rely upon wiring instructions that you may have received from a third party. This is to protect you from possible wire fraud, which is an increasing risk to the real estate and legal industry.*

**From:** Ian C. Roberts <iroberts@lawfirmcarolinas.com>
**Sent:** Monday, May 9, 2022 9:44 AM
**To:** Ren M. Rosewood <rrosewood@lawfirmcarolinas.com>
**Subject:** Meck Hearings 5/9/2022
**Importance:** High

Good Morning Ren,

Can finally get on the computer! Just a few quick questions about the hearings this morning:

1.
2.

3.

4.                                           rt

5.

6.

7. Levander Watson – 6308 Forest Pond Drive
   a. Looks like he started a payment plan so I can continue

Thank you again for all your help!

Best Regards,

Ian C. Roberts
Attorney
Phone: (803) 650-7205 | Fax: (844) 272-4694 | Email: iroberts@lawfirmcarolinas.com
Columbia Office: 3710 Landmark Drive, Suite 109, Columbia, SC 29204


**LAW FIRM CAROLINAS**
lawfirmcarolinas.com

Greensboro | Charlotte | Raleigh | Wilmington | Columbia

This law firm is a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This e-mail contains confidential information for the addressee. Do not read, copy, or share this communication unless you are the intended addressee. If you receive this e-mail in error, please contact the sender by reply e-mail or by telephone. Thank you.

2

BSB000593

Please do not wire funds to our office without first calling us at 336-378-1899 to verify our account information. Our wire instructions will not change. Should you receive new or revised instructions, assume they are fraudulent. Do not rely upon wiring instructions sent by a third party. This is to protect you from possible wire fraud, which is an increasing risk to the real estate industry.

This e-mail contains confidential information for the addressee. Do not read, copy or share this communication unless you are the intended addressee. If you receive this email in error, please contact the sender by reply email or by telephone.

Any legal documents attached to this email were drafted to comply with requirements under your specific governing documents and applicable law. No changes should be made without my review and approval. If you make any changes to these documents, you may affect their legality and this firm cannot be responsible for any such changes. Please contact me immediately if you would like to make any changes and I can review and address as appropriate.

3

BSB000594

1/8/24, 3:13 PM

Treasury Management

AMERICAN NATIONAL
BANK & TRUST COMPANY

## Payment Detail -

**OAM 6-20-2022** 7 Recipients

| | | | | | |
|---|---|---|---|---|---|
| Status: | Initiated | Debit: | $0.00 | Effective Date: | 06/27/2022 |
| ACH Company Name: | Black Slaughter | Credit: | $9,428.02 | Offset Account: | ACH Account |
| ACH Company ID: | | Audit: | 6/24/2022 11:18:49 AM : Lauren | | |
| SEC Code: | PPD | | Hoovuer : Payment Initiated | | |
| Entry Description: | VENDOR PMT | | 6/24/2022 11:19:31 AM : Lauren | | |
| Discretionary Data: | | | Hoovuer : Created | | |

Presate Only (0)   Hold Only (0)

| Recipient Name | ID Number | Account Number | Account Type | Routing Number | Credit/Debit | Amount | Prenote | Hold | Addenda |
|---|---|---|---|---|---|---|---|---|---|
| | | | Checking | | CR | $250.00 | No | No | Addenda |
| | | | Checking | | CR | $900.00 | No | No | Addenda |
| | | | Checking | | CR | $2,904.92 | No | No | Addenda |
| | | | Checking | | CR | $263.00 | No | No | Addenda |
| Forest Pond | 101 | | Checking | | CR | $544.12 | No | No | Addenda |
| | | | Checking | | CR | $3,601.86 | No | No | Addenda |
| | | | Checking | | CR | $935.00 | No | No | Addenda |

Viewing 1 - 7 of 7 Recipients

25

Back

BSB000234

(10)

## Community Association Management

| LName | FName | Address | HOA |
|-------|-------|---------|-----|

### Forest Pond Homeowners Association, Inc.

Watson Levander 2435 Forest Pond Drive ($1,462.38)

Forest Pond Homeowners Association, Inc. ($1,462.38)

BSB000572

**Community Association Management**

*Monday, May 9, 2022*

BSB000573

**Community Association Management**

| LName | FName | Address | HOA |
|-------|-------|---------|-----|

Forest Pond Homeowners Association, Inc.

| Watson | Levander | 8308 Forest Pond Drive | ($644.12) |
|--------|----------|------------------------|-----------|

Tuesday, June 21, 2022

BSB000576

Forest Pond Homeowners Association, Inc.                    ‑($544.12)

**Community Association Management**

BSB000577