# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

LEVANDER L. WATSON JR.,

      Debtor.

LEVANDER L. WATSON JR. and
JENNY P. HOLMAN, Chapter 13 Trustee for
the Bankruptcy Estate of Levander L. Watson

      Plaintiffs,

vs.

FOREST POND HOMEOWNERS
ASSOCIATION, INC., BLACK
SLAUGHTER & BLACK P.A.; and CCSD
PROPERTIES, LLC,

Case No. 23-30536
Chapter 13

Adv. Proc. No.: 23-3028

## OBJECTIONS AND RESPONSES OF CCSD PROPERTIES LLC TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Now Comes Defendant CCSD Properties LLC by and through undersigned counsel and pursuant to Rules 26 and 24 of the Federal Rules of Civil Procedure and Rules 7026, 7033. and 7034 of the Federal Rules of Bankruptcy Procedure and hereby notes its objections and responses to the First Set of Interrogatories and Request for Production of Documents of Plaintiff Levander L Waterson Jr. as follows:

### INTEGGORATPRIES

1. Identify each person you expect to call as an expert witness at the trail of this Action and for each state:
    a. The subject matter on which each expert is expected to testify;
    b. The opinions to which each expert will testify;
    c. The basis and reasons for each opinion to which each expert will testify;
    d. The facts or data considered by each expert in forming each of his or her opinions; and
    e. The compensation to be paid each expert for his or her study in this case;

**RESPONSE:** None

2. Identify all persons with knowledge of the facts alleged in the Complaint and the

answers filed in response thereto.

**RESPONSE:**

| Name | Address | Business Address | Phone |
|---|---|---|---|
| Ivan Dudley | ██████ | ██████ | ██████ |
| Jeff Davis | ██████ | ██████ | ██████ |
| Surresh Devireddy | ██████ | ██████ | ██████ |
| Lauren Heavner BSB Employee | unknown | ██████ | ██████ |
| Mukesh Guntaka | ██████ | ██████ | ██████ |
| Korey Cannon | ██████ | ██████ | ██████ |

3. Identify all members of the HOA's board of directors with whom you have had any communication regarding the Property or the Plaintiff:

**RESPONSE:** None

4. Identify all attorneys, members, employees, and/or agents of any entities engaged by the HOA to provide property management services with whom you have had any written or oral communication regarding the Property and/or the Plaintiff.

**RESPONSE:** None

5. Identify all attorneys, members, employees, and or agents of BSB with whom you have had any communication regarding the Property and/or the Plaintiff.

**RESPONSE:**

| Lauren Heavner | Unknown | ██████ | ██████ |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | ⋅ʄ | ██████ | |
| Jonathan Raymer | Unknown | ████████ | ████████ |
| Michael Johnson | Unknown | ████████ | ████████ |

6. Identify all real properties you have purchased through foreclosure proceedings during the time period January 1, 2019, through the present.

**RESPONSE:**

5628 Idlewild Rd N, Charlote, NC 28227
3301 Archdale Dr, Charlotte, NC 28210
4729 Benthaven Ln Charlote, NC 28269
3218 Fincher Blvd Charlotte, NC 28269
8027 McCarron Way Charlotte, NC 28215
8615 Treyburn Dr, Charlotte, NC 28216
6308 Forest Pond Dr Charlotte, NC 28262
11536 Turnstone Ct, Charlotte, NC 28226

## REQUEST FOR P{RODUCTION OF DOCUMENTS

1. All documents supporting or evidencing your answer to Interrogatory number 3 above.

   **RESPONSE:** None

2. All documents supporting or evidencing your answer to Interrogatory number 4 above.

   **RESPONSE:** None

3. All documents supporting or evidencing your answer to Interrogatory number 5 above.

   **RESPONSE:** See documents produced herewith including, but not limited to, CCSD RFP 1 – CCSD RFP 25

4. All documents supporting or evidencing your answer to Interrogatory number 6 above.

   **RESPONSE:** See documents produced herewith including, but not limited to, CCSD RFP 26 – CCSD RFP 27

5. All documents containing or memorializing communications between the Defendant and the HOA and any of its attorneys, members, employees, or agents referencing the Property.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

6. All documents containing or memorializing communications between the Defendant and the HOA and/or any of its attorneys, members, employees, or agents referencing the Plaintiff.

   **RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

7. All documents containing or memorializing communications between the Defendant and the HOA and/or any of its attorneys, members, employees, or agents referencing a potential and/or actual foreclosure or purchase of any property.

   **RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

8. All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing the Property.

   **RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

9. All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing the

Plaintiff.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to CCSD RFP 1 – CCSD RFP 25

10. All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing a potential and/or actual foreclosure or purchase of any property.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to CCSDRFP 1 – CCSD RFP 30

11. All documents containing or memorializing communications between the Defendant and any other person or entity referencing the Property from January 1, 2020, through the present.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to CCSD RFP 32 – CCSD RFP 38

12. All documents containing or memorializing communications between the Defendant and any other person or entity referencing the Plaintiff from January 1, 2020, through the present.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is unreasonable and oppressive, and will subject it to undue burden, expense and harassment. CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. Without waiving such objection see the documents produced herewith including but not limited to CCSD RFP 37 – CCSD RFP 42

13. A complete written accounting of all funds you have paid to acquire, maintain, and/or

improve the Property.

**RESPONSE:** See documents produced herewith including, but not limited to, CCSD RFP 31

14. All invoices and/or other requests for payment received by Defendant from BSB from January 1, 2020, through the present.

**RESPONSE:** See documents produced herewith including, but not limited to, CCSD RFP 28 – CCSD RFP 30

15. All documents you receive in response to each subpoena(s) you serve in the Action.

**RESPONSE:** None

16. All affidavits or witness statements related to the transactions identified in the Complaint and/or the facts that you contend give rise to defenses to the relief sought in the Complaint.

**RESPONSE:** None

17. All documents provided by you and/or your agents (including your attorneys) to your testifying expert(s) that contain facts or data that your expert relied on in forming the opinion(s) to be expressed at the trail in this Action.

**RESPONSE:** None

18. All documents provided by you and/or your agents (including your attorneys) to your testifying expert(s) that contain assumptions the expert relied on in forming the opinion(s) to be expressed at the trail in this Action.

**RESPONSE:** None

19. All documents your testifying expert(s) considered in forming the opinion(s) to be expressed at the trail in this action.

**RESPONSE:** None

20. All documents your testifying expert(s) considered regarding their opinion(s) to be expressed at the trail in this action.

**RESPONSE:** None

21. All exhibits that your testifying expert(s) will use to summarize or support their opinion(s) when testifying at the trial in this action.

**RESPONSE:** None

This the 27th day of January, 2024.

Pinyan Law PLLC
Attorney for Defendant CCSD Properties LLC


By: /s Cameron D. Scott

Cameron D. Scott
N.C. Bar No. 34877
1320 Matthews Mint Hill Rd
Charlotte, N.C. 28105
Telephone: (704) 743-6387
Email: cam@24hourclose.com