# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

LEVANDER L. WATSON JR.,

        Debtor.

LEVANDER L. WATSON JR. and
JENNY P. HOLMAN, Chapter 13 Trustee for
the Bankruptcy Estate of Levander L. Watson

        Plaintiffs,

vs.

FOREST POND HOMEOWNERS
ASSOCIATION, INC., BLACK
SLAUGHTER & BLACK P.A.; and CCSD
PROPERTIES, LLC,

Case No. 23-30536
Chapter 13

Adv. Proc. No.: 23-3028

## SUPPLEMENTAL OBJECTIONS AND RESPONSES OF CCSD PROPERTIES LLC TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Now Comes Defendant CCSD Properties LLC by and through undersigned counsel and pursuant to Rules 26 and 24 of the Federal Rules of Civil Procedure and Rules 7026, and 7034 of the Federal Rules of Bankruptcy Procedure and hereby notes its objections and responses to the First Set of Interrogatories and Request for Production of Documents of Plaintiff Levander L Waterson Jr. as follows:

### INTEGGORATPRIES

As requested please see the attached verification

### REQUEST FOR P{RODUCTION OF DOCUMENTS

5. All documents containing or memorializing communications between the Defendant and the HOA and any of its attorneys, members, employees, or agents referencing the Property.

   **RESPONSE:** Defendant CCSD objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log

produced herein. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

6. All documents containing or memorializing communications between the Defendant and the HOA and/or any of its attorneys, members, employees, or agents referencing the Plaintiff.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log produced herein. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

7. All documents containing or memorializing communications between the Defendant and the HOA and/or any of its attorneys, members, employees, or agents referencing a potential and/or actual foreclosure or purchase of any property.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad in its use of "any property" is unreasonable, oppressive, and will subject it to undue burden, expense and harassment. Defendant CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log produced herein. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

8. All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing the Property.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log produced herein. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

9. All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing the Plaintiff.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log produced herein. Without waiving such objection see the documents produced herewith including but not limited to CCSD RFP 1 – CCSD RFP 25

**10.** All documents containing or memorializing communications between the Defendant and BSB and/or any of its attorneys, members, employees, or agents referencing a potential and/or actual foreclosure or purchase of any property.

**RESPONSE:** Defendant CCSD objects to this request to the extent that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad in its use of "any property" is unreasonable, oppressive, overly broad and will subject it to undue burden, expense and harassment. Defendant CCSD further objects to this request to the extent that it calls for the production of communications or information protected by attorney client privilege or the work product doctrine. In support of such Objections, see the Privilege Log produced herein. Without waiving such objection see the documents produced herewith including but not limited to, CCSD RFP 1 – CCSD RFP 25

**11.** All documents containing or memorializing communications between the Defendant and any other person or entity referencing the Property from January 1, 2020, through the present.

**RESPONSE:** See documents produced herewith including, but not limited to, CCSD CCSD RFP 32 – CCSD RFP 38

**12.** All documents containing or memorializing communications between the Defendant and any other person or entity referencing the Plaintiff from January 1, 2020, through the present.

**RESPONSE: See** documents produced herewith including, but not limited to, CCSDRFP 37 – CCSD RFP 78

This the 8th day of FEbruary, 2024.

Pinyan Law PLLC
Attorney for Defendant CCSD Properties LLC

By: /s Cameron D. Scott

Cameron D. Scott
N.C. Bar No. 34877
1320 Matthews Mint Hill Rd
Charlotte, N.C. 28105
Telephone: (704) 743-6387
Email: cam@24hourclose.com

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

### VERIFICATION

I Surresh Devireddy member/manager of CCSD Properties LLC and being first duly sworn hereby state that I have read the Objections and Responses of CCSD to Plaintiff's first set of Interrogatories and Request for Production of Documents Supplemental Objections and Responses of CCSD to Plaintiff's request for Production of Documents and know the content thereof, and stat that the same are true of his own knowledge, except those matters and things stated therein on information and belief, and as to those matters and things I believe them to be true.

This the 8th day of February 2024

Surresh Devireddy
On behalf of CCSD Properties LLC

Sworn and subscribed before me,

This the 8th day of February, 2024

Notary Public

My Commission Expires 5-2-2027

PRIVILEGE LOG – February 8, 2024

PREPARED BY: CAMERON D. SCOTT, ESQ, ATTORNEY FOR CCSD PROPERTIES LLC

| Date | BATES no | Total Pgs | Author (s) | Addressee/Recipient | Description | Assertion |
|---|---|---|---|---|---|---|
| | | | | | | |
| 10-2-23 | | 1 | Emily Meister | Cameron Scott Christopher C. Barnes | Email communications | Communication regarding citizenship and residency of plaintiff |
| 10-3-23 | | 2 | Emily Meister Cameron Scott | Cameron Scott Christopher C. Barnes Emily Meister | Email communications | Communication regarding citizenship and trustee communication |
| 10-3-23 | | 1 | Emily J Meister | Cameron Scott Christopher C. Barnes | Email communications | Communication regarding continuance of BK hearing to 10/17 at 11:15 |
| 10-13-23 | | 1 | Kenneth Love | Cameron Scott | Email Communication | Communication regarding phone call |
| 10-17-23 | | 3 | Cameron Scott Emily Meister | Emily Meister Cameron Scott | Email communications | Communication regarding settlement, communication with trustee and attendance at BK hearing |
| 11-9-23 | | 1 | Cameron Scott Emily Meister | Emily Meister Cameron Scott | Email communications | Communication regarding settlement with trustee |
| 11-13-23— 11-28-23 | | 19 | Jenny Holman Cameron Scott Emily Meister Christopher Barnes Kenneth Love | Jenny Holman Cameron Scott Emily J Meister Christopher Barnes Kenneth Love | Email communication | Communication regarding discovery |
| 11-21-23 | | 1 | Cameron Scott Kenneth Love | Kenneth Love Cameron Scott | Email communication | Communication regarding initial disclosures |
| 11-30-23— | | 16 | Kenneth Love | Kenneth Love Emily Meister Christopher Barnes | Email Communication | Communications regarding Motion to Amend Pre |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-8-23 | | | Emily Meister Christopher Barnes | Cameron Scott | | Trial Scheduling order |
| 12-18-23 | | 3 | Cam Scott Brien Bowlin Jr | Suresh Devireddy Cameron Scott Jeff Davis Ivan Dudley Ramsey Brantley Angela Berland | Email communication | Communication regarding writ from coc |
| 1-5-2024 | | 16 | Kenneth Love Emily Meister Cameron Scott Christopher Barnes | Kenneth Love Emily Meister Cameron Scott Christopher Barnes | Email Communication | Communication regarding Plaintiffs objection to Motion to Amend Pre Trial Scheduling Order and relevant case law |
| 1-12-24 | | 1 | Cameron Scott Kenneth Love | Kenneth Love Cameron Scott | Email Communication | Communication regarding proposed order |
| 1-12-24 | | 1 | Cameron Scott | Kenneth Love | Email Communication | Communication regarding discovery |
| 1-12-24— 1-16-24 | | 8 | Emily Meister Cameron Scott Kennth Love Christopher Barnes | Emily Meister Cameron Scott Kenneth Love Christopher Barnes | Email Communication | Communication regarding scheduling phone call |
| 1-17-24 | | 1 | Kenneth Love | Cameron Scott | Email communication | Communication regarding proposed order |
| 1-17-24 | | 1 | Kenneth Love | Cameron Scott | Email communication | Communication regarding coordination of phone call |
| 1-22-24 | | 3 | Cameron Scott Jeff Davis Brien Bowlin Jr Ivan Dudley Korey Cannon | Cameron Scott Jeff Davis Brien Bowlin Jr Ivan Dudley Korey Cannon | Email Communication | Communication regarding production of documents and emails |
| 1-25-24 | | 2 | Cameron Scott Emily Meister | Emily Meister Christopher Barnes Cameron Scott | Email communication | Communication regarding requests for |

| | | | Christopher Barnes | | | payments from CCSD |
|---|---|---|---|---|---|---|
| 1-26-24 | | 2 | Cameron Scott Emily Meister | Christopher Barnes Emily Meister Cameron Scott | Email communication | Request for discovery responses |
| 1-27-24 | | 2 | Emily Meister | Emily Meister Cameron Scott Kenneth Love Christopher Barnes | Email communication | Communication regarding 2nd set of ROGS and Document production |
| 1-30-24— 2-1-24 | | 8 | Cameron Scott Emily Meister Christopher Barnes | Cameron Scott Emily Meister Christopher Barnes | Email Communication | Communication regarding settlement status |
| 2-1-24— 2-6-24 | | 22 | Cameron Scott Emily Meister Kenneth Love Christopher Barnes | Cameron Scott Emily Meister Kenneth Love Christopher Barnes | Email Communication | Communication regarding settlement and motion to approve |
| 2-5-24 | | 1 | Cameron Scott | Emily Meister Chris Barnes | Email Communication | Communication regarding cross motion |
| 2-6-24 | | 1 | Cameron Scott Emily Meister | Emily Meister Cameron Scott | Email communication | Communication to set phone call |
| 2-7-24 | | 4 | Emily Meister | Kenneth Love Cameron Scott Chris Barnes Amanda Laster | Email communication | Communication regarding motion to modify |
| 2-8-24 | | 6 | Emily Meister Kenneth Love Cameron Scott | Emily Meister Kenneth Love Christopher Barnes Amanda Laster | | |