# Exhibit C

# KARRENSTEIN & LOVE, PLLC

### Attorneys at Law
10590 Independence Pointe Parkway, Suite 200, Matthews, North Carolina 28105

Chris Karrenstein*                                         Telephone:  (704) 364-6464
Kenneth Love**+                                           Facsimile:   (704) 364-6466
*Licensed in NC & SC
**Super Lawyers "Rising Star," 2016-2021.
+Super lawyer 2021-2024


February, 12 2024

Richard Wright
212 North McDowell St
Suite 200
Charlotte, NC 28204
rwright@mwhattorneys.com


Re: Response to your letter dated March 6, 2024.

Mr. Wright:

I will respond to each of the claimed deficiencies mentioned in your letter. I will start concerning verification. My current board members who would be the ones authorized to sign a verification on behalf of the Board were not present for the vast majority of the events alleged in this matter. That creates concern for individuals in signing such a verification. However, the current board president and I discussed some minor tweaks that makes her more comfortable, and she is in the process of signing the verification this evening.

Interrogatory number 2

In this interrogatory, the persons who have knowledge of this case mostly reside with Defendant BSB, we don't have knowledge of these individuals and I understand this was asked of BSB and a response was received. However, as to our Board members, we provided a list and the terms of the board members and their addresses. We would contend that pursuant to Rule 4.2 of the Rules of Professional Conduct, the Board members may only be contacted with my knowledge and consent. I will be happy to make any former board member available that you wish to communicate with, to the extent we are able to communicate with them as one former board member is deceased and several others have left the community and we are unaware of their current contact information.

Request for Production 13-14

You were provided with the information that CAM provided to me, so you have every document I have and am providing with the production responses. All documents concerning communications, invoices, and other documentation from the Law office would be with the Law office or the management company records. You can confirm in the response to your subpoena that they don't have any such records, or at least chose not to provide them. I believe you were cc'd on a few emails where I was clearly adversarial to them concerning their belief that they did not have to provide any documents to my client.

All of the documents that are being provided were received from BSB. I confirmed that we have waived any privilege as to these documents. I am not willing or required to waive privilege to any documents my client and I have not reviewed yet in the case more documents are disclosed by CAM. If any such documents exist that were not provided by BSB, we will quickly evaluate the privilege and either provide the document or provide a privilege log.

Request for Production 17-18

I will clarify that no documents exist that the Defendant is aware of that the Defendant itself communicated with any third party about the Plaintiff or his property. The response was to clarify that any communications that may have been received from any third party would have been made directly to CAM or BSB. No such communication has been provided to Defendant by BSB, nor has CAM provided anything in its response to our subpoena.

Request for Production 21

Typically, invoices from the law firm go to the management company…in this case, that would have been CAM. CAM did not produce any invoices from BSB to the Defendant. I understand that BSB was asked for this information and it was provided to them. Defendant is not attempting to avoid responding, it simply does not have possession of the information requested aside from the invoices BSB provided in its responses. If, requested, we can reproduce the information from BSB's production.

Request for Production 22

The response to number 21 is repeated here. The previous response related to not receiving information from CAM. You were cc'd on several emails which discussed the information that my client requested from CAM to respond to your client's requests. The only information we received was the same production you received to your subpoena.

Finally, as to the production, I have regenerated the link on my end and it appears to be working…but there could be a glitch I am not aware of. Please let me know if you still have trouble.

Signed,

Kenneth Love