# Exhibit D

# KARRENSTEIN & LOVE, PLLC

### Attorneys at Law

10590 Independence Pointe Parkway, Suite 200, Matthews, North Carolina 28105

Chris Karrenstein*

Kenneth Love**+

*Licensed in NC & SC

**Super Lawyers "Rising Star," 2016-2021.

+Super lawyer 2021-2024

Telephone:  (704) 364-6464

Facsimile:  (704) 364-6466

March 15, 2024

Richard Wright
212 North McDowell St
Suite 200
Charlotte, NC 28204
rwright@mwhattorneys.com

Re: Response to your Subpoena to Red Rock Management Company

Mr. Wright,

Red Rock Management originally retained Rashad Blossom to review and respond to your subpoena. Unfortunately, he gave notice that he would not be able to review the matter and respond in time to meet the deadline of your follow up letter. As such, I have agreed to represent Red Rock on a limited basis of responding to the subpoena. Simply, Red Rock does not have any documents responsive to your request. As you may recall there are some unusual circumstances here. As you know, Community Association Management managed the Association until April of 2023. When the community transitioned to Red Rock, a homeowner ledger (roster of owners in the community, some financial records, and the funds owned by the community were provided to Red Rock. In addition, Red Rock was provided a cd that allegedly contained the other records normally transmitted to the new management company. The CD was damaged and was inaccessible.

Red Rock then worked with myself to get the records from CAM. CAM sent a zip drive with information on it, but it ended up being the information Red Rock already had and contained no information responsive to your request. As you may recall from my arguments in court, this was especially frustrating to me. I did travel to Red Rock's office and can confirm I have reviewed their files. Red Rock's management provided the contact information to me to speak directly to CAM. CAM admitted to me that it did not provide communications, meeting minutes and other information. As you may recall, in an email directed to both of us, the attorney for CAM that it was not required to turn over this information to Red Rock.

The information that CAM provided when it responded to subpoena requests contains all of the information that has been provided. I have not provided this information to Red Rock as of yet, so they don't even have the information at our disposal. The information in your possession is the information that would be extent of any information responsive to your request it would possibly possess.

Signed,

Kenneth Love